IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

PORSCHIA COPELAND                                                    PLAINTIFF

v.                                          CIVIL ACTION NO. 1:16-cv-00074-GHD-SAA

MICHAELS CORPORATION d/b/a
Barley Courts Apartments and
INTERSTATE REALTY MANAGEMENT
COMPANY                                                            DEFENDANTS

ORDER GRANTING
PLAINTIFF'S REQUEST FOR A PRELIMINARY INJUNCTION HEARING

The Plaintiff in the case *sub judice*, Porschia Copeland, has filed an emergency motion

for preliminary injunction or for a temporary restraining order pending hearing [6] related to a

complaint for eviction filed by Molpus Barley Courts, L.P., a Mississippi limited partnership,

d/b/a Barley Courts Apartments, against Plaintiff in the Justice Court of Lee County, Mississippi.

Because Plaintiff has failed to initially satisfy the strenuous burden under Rule 65 of the Federal

Rules of Civil Procedure, the Court denies her request for a temporary restraining order but

grants her request for a hearing as to the necessity of a preliminary injunction.

ACCORDINGLY, the Court ORDERS that hearing for preliminary injunction is set for

3:00 p.m. on Thursday, May 19, 2016, at the United States Federal Courthouse in Aberdeen,

Mississippi.

SO ORDERED, this, the 16th day of May, 2016.

_____
SENIOR U.S. DISTRICT JUDGE