IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

PORSCHIA COPELAND                                                                PLAINTIFF

v.                                              CIVIL ACTION NO. 1:16-cv-00074-GHD-SAA

MICHAELS CORPORATION d/b/a
Barley Courts Apartments and INTERSTATE
REALTY MANAGEMENT COMPANY                                                        DEFENDANTS

---

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

MOLPUS BARLEY COURTS, L.P., d/b/a                                                PLAINTIFF
Barley Courts Apartments

v.                                              CIVIL ACTION NO. 1:16-cv-00085-GHD-SAA

PORSCHIA COPELAND a/k/a Porchia Copeland                                         DEFENDANT


ORDER CONSOLIDATING CASES

The Court has before it two cases, *Porschia Copeland v. Michaels Corporation d/b/a Barley Courts Apartments et al.*, Civil Action No. 1:16-cv-00074-GHD-SAA, and *Molpus Barley Courts, L.P. v. Porschia Copeland a/k/a Porchia Copeland*, 1:16-cv-00085-GHD-SAA. As the Court stated in its bench opinion relative to the hearing on Plaintiff Porschia Copeland's emergency motion for preliminary injunction or for a temporary restraining order pending hearing [6], consolidation of the two cases is proper.

District courts are given broad authority to consolidate two actions when both "actions before the court involve a common question of law or fact." Fed. R. Civ. P. 42(a); *Luera v. M/V Alberta*, 635 F.3d 181, 194 (5th Cir. 2011). *See Sprint Commc'ns Co., L.P. v. APCC Servs., Inc.*,

554 U.S. 269, 291, 128 S. Ct. 2531, 171 L. Ed. 2d 424 (2008) (Rule 42(a) provides one way to aggregate claims by consolidating related cases filed in same district court). The Court finds that consolidation of the two actions is proper under Rule 42(a) as the two actions involve common questions of law and fact, and consolidation of the two actions would not prejudice the rights of the parties. *See Dupont v. So. Pac. Co.*, 366 F.2d 193, 195–96 (5th Cir. 1966).

ACCORDINGLY, the Court ORDERS that *Porschia Copeland v. Michaels Corporation d/b/a Barley Courts Apartments et al.*, Civil Action No. 1:16-cv-00074-GHD-SAA, and *Molpus Barley Courts, L.P. v. Porschia Copeland a/k/a Porchia Copeland*, 1:16-cv-00085-GHD-SAA are hereby consolidated.

SO ORDERED, this, the 20th day of May, 2016.

_____
SENIOR U.S. DISTRICT JUDGE