IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

PORSCHIA COPELAND                                PLAINTIFF

v.                                  CIVIL ACTION NO. 1:16-cv-00074-GHD-SAA

MICHAELS CORPORATION d/b/a
Barley Courts Apartments and
INTERSTATE REALTY MANAGEMENT
COMPANY                                DEFENDANTS

### ORDER DENYING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION ON JURISDICTIONAL GROUNDS

Pursuant to an opinion issued this day, the Court ORDERS as follows:

(1) Plaintiff Porschia Copeland's emergency motion for preliminary injunction or for a temporary restraining order pending hearing [6] is DENIED in its entirety;

(2) The Court declines to exercise subject-matter jurisdiction over the case; and

(3) The case is therefore DISMISSED WITHOUT PREJUDICE.

SO ORDERED, this, the 20th day of May, 2016.

_____
SENIOR U.S. DISTRICT JUDGE