IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

MOLPUS BARLEY COURTS, L.P., d/b/a　　　　　　　　　　　　　　　　　　PLAINTIFF
Barley Courts Apartments

v.　　　　　　　　　　　　　　　　CIVIL ACTION NO. 1:16-cv-00085-GHD-SAA

PORSCHIA COPELAND a/k/a Porchia Copeland　　　　　　　　　　　DEFENDANT

ORDER REMANDING CASE TO STATE COURT

Pursuant to an Order and memorandum opinion in the companion case, *Porschia Copeland v. Michaels Corporation d/b/a Barley Courts Apartments et al.*, Civil Action No. 1:16-cv-00074-GHD-SAA, the Court ORDERS that this matter is remanded to the Justice Court of Lee County, Mississippi; and this case is CLOSED.

SO ORDERED, this, the 20th day of May, 2016.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SENIOR U.S. DISTRICT JUDGE